UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NUMBER: 2:15-CR-20-1BO

FILED IN OPEN COURT
ON 10/20/2016
Julie Richards Johnston, Clerk
US District Court
Eastern District of NC

United States of America

vs.

ORDER

DAVON KELLY BENNETT

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **Investigator Jay Winslow, Pasquotank Co. Sheriff's Office,** and remain in his custody through any proceeding on appeal or review.

Government's Exhibits:
#8,9,10,11,13,14,15,16,17,18,19,20,22,25,39,81,88,89,91,95,96,97,98,99,100, 101,102,103,104,105,106,107,125,243,246,247,248,249,250,254,255,256,257 - see attached list for description of exhibits.

Agent: _____

This 20th day of October, 2016.

_____
TERRENCE W. BOYLE, US District Judge