UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NUMBER: 2:15-CR-20-1BO

United States of America

vs.  ORDER

DAVON KELLY BENNETT

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to <u>Investigator Jay Winslow, Pasquotank Co. Sheriff's Office,</u> and remain in his custody through any proceeding on appeal or review.

**Government's Exhibits:**

# 73 - Acura car key
# 74 - Toyota Sienna minivan key
# 75 - 2008 Infiniti car key
# 76 - Honda Odyssey minivan key
# 77 - Chevrolet Silverado truck key
# 78 - GMC Savana van key
# 79 - GMC Savana Cutaway truck key

Agent: _____ TFO

This 25th day of October, 2016.

_____
TERRENCE W. BOYLE, US District Judge