UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION
CASE NUMBER: 2:15-CR-20-1BO

United States of America

vs.                                                                ORDER

DAVON KELLY BENNETT

IT IS HEREBY ORDERED that the following jury trial exhibits be returned to **Investigator Jay Winslow, Pasquotank Co. Sheriff's Office,** and remain in his custody through any proceeding on appeal or review.

Government's Exhibits:
# 90 - Evidence bag containing Kilo wrapping and remainder of cocaine.
#111 - Evidence bag containing exhibits # 112 th 124

Agent: *[signature]*

This 3 day of November, 2016.

*[signature]*
TERRENCE W. BOYLE, US District Judge