IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
NORTHERN DIVISION

No. 2:15-CR-20-D
No. 2:20-CV-37-D

| | | |
|---|---|---|
| DAVON KELLY BENNETT, | ) | |
| | ) | |
| Petitioner, | ) | |
| | ) | |
| v. | ) | **ORDER** |
| | ) | |
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Respondent. | ) | |

This matter is before the court for the purpose of resetting the evidentiary hearing on Petitioner's claim, pursuant to 28 U.S.C. § 2255, that counsel failed to advise him of the benefits he could have received by accepting a plea deal. The hearing was previously continued due to Petitioner's desire to retain new counsel. [DE-153]. Having considered the parties' notice of proposed hearing dates, [DE-159], the evidentiary hearing is set for **Friday, October 14, 2022 at 9:30 a.m.** in Courtroom 100, Wilmington, North Carolina.

SO ORDERED, this the 25 day of August, 2022.

Robert B. Jones, Jr.
United States Magistrate Judge